UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

RUBEN PAMBUKHCHYAN

VS.

U.S. IMMIGRATION & CUSTOMS

ENFORCEMENT

CIVIL ACTION NO. 26-0136

SECTION P

JUDGE TERRY A. DOUGHTY

MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 7] having been considered, together with the written objections thereto filed with this Court [Doc. No. 9], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that to the extent Petitioner Ruben Pambukhchyan seeks release under *Zadvydas*, his Petition [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** to his right to re-file the claim should his confinement become unconstitutional.

I**T IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Petitioner's claim concerning his conditions of confinement is **DISMISSED WITH PREJUDICE** here but **WITHOUT PREJUDICE** to his right to raise the claim in a separate civil rights action.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that

Petitioner's request for a bond hearing is **DENIED AND DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 10th day of April, 2026.

_____

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE